UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Plaintiff(s),

vs.

Case No. 74-1304-35417
(To be assigned by Clerk of District Court)

19 CV 951 SRN/BRT

DEMAND FOR JURY TRIAL

YES ☒    NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

### COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name  MN Professional Educator Licensing and Standards Board
   Street Address  MDE 1500 Highway 36 West R.
   County, City  Ramsey  Roseville
   State & Zip Code  MN  55113
   Telephone Number  651 582 8200

SCANNED
APR 05 2019
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name Hernandez Cortez Evans Jr

   Street Address 435 Dorothy Day Pl

   County, City Ramsey Saint Paul

   State & Zip Code MN 55102

   b. Defendant No. 2

   Name Davina Rice  612 220 7884

   Street Address 100 Broadway

   County, City Hennepin Minneapolis

   State & Zip Code MN 55443

   c. Defendant No. 3

   Name Ednetta Bradford  612 458 3130

   Street Address 101 Broadway

   County, City Hennepin Minneapolis

   State & Zip Code MN 55447

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

## JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    [✓] Federal Question      [✓] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

    Under 28 U.S.C. § 1331

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                         State of Citizenship:

    Defendant No. 1:                        State of Citizenship:

    Defendant No. 2:                        State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    [✓] Defendant(s) reside in Minnesota     [✓] Facts alleged below primarily occurred in Minnesota

    [ ] Other: explain

## STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.

The Administrative Law Judge cited cases from outside of Minnesota Howard V Missouri State Board of Education. pg 15

The Attorney General also excluded African American teachers from testifying.

The Administrative Law Judge discounted my testimony as an African American male teacher. Did the ALJ apply Missouri case law correctly in Minnesota?

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

The court should order the administrative law judge to use case law presented in Minnesota. The attorney general should not excluded African American witnesses. I want the American public to determine my teaching license status.

4

Signed this 4th day of April 2019

Signature of Plaintiff _____

Mailing Address  435 Dorothy Day Pl
Saint Paul MN 55102

Telephone Number 320 406 7833

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.