## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Evans

-Plaintiff(s),

vs.

MN Professional Educator Licensing and Standards Board

Case No. 0:19-CV-0095/-SRN-BRT

Defendant(s).

PELSB

### MOTION TO/FOR

Request change in Judge/Magistrate

The following party/parties:

Evans, Hernandez Corton

in the above-named case hereby move(s) the United States District Court, District of Minnesota

for an Order to:

Change Judge/Magistrate assigned to case. The plaintiff Evans wants to request an African American Judge or Magistrate. The plaintiff Evans is demanding a Jury to reverse the decision to revoke my teaching license.

SCANNED

APR 2 3 2019  nah

U.S. DISTRICT COURT ST. PAUL

because:

1. The MN Teaching board and MDE excluded African Americans from testifying.

2. The MN teaching board is being rigid and inflexible with an African American male teacher who was recruited into the profession to teach troubled students.

Said motion is based upon the attached Memorandum of Law,

In forma pauperis application is on file and being decided on. The deadline for me to appeal the decision is approaching.

and all of the files, records, and proceedings herein.

Signed this 22nd day of April 2019

Signature of Party

Mailing Address

Union Gospel Mission

Telephone Number

320 406 7833 → cell phone calls on/after 4.24 cell phone is being mailed, was lost.

<u>Note</u>: All parties filing the motion must date and sign the Motion and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary. The motion must be served on each party, together with the notice of hearing, and any memorandum of law and accompanying documents.