# U.S. District Court
## U.S. District of Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:19-cv-00951-SRN-BRT

Evans v. MN Professional Educator Licensing and Standards Board et al

Assigned to: Judge Susan Richard Nelson
Referred to: Magistrate Judge Becky R. Thorson
Cause: 28:1983 Civil Rights

Date Filed: 04/04/2019
Jury Demand: Plaintiff
Nature of Suit: 448 Civil Rights: Education
Jurisdiction: Federal Question

**Plaintiff**

**Hernandez Cortez Evans, Jr**

represented by **Hernandez Cortez Evans, Jr**
Union Gospel Mission Twin Cities
435 University Ave E
Saint Paul, MN 55130
320-406-7833
PRO SE

V.

**Defendant**

**MN Professional Educator Licensing
and Standards Board**

**Defendant**

**Davina Rice**
*TERMINATED: 04/10/2019*

**Defendant**

**Ednetta Bradford**
*TERMINATED: 04/10/2019*

Email All Attorneys
Email All Attorneys and Additional Recipients

SCANNED

APR 2 3 2019 nah

U.S. DISTRICT COURT ST. PAUL

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2019 | 1 | COMPLAINT against MN Professional Educator Licensing and Standards Board, Davina Rice, Ednetta Bradford. Case assigned to Judge Susan Richard Nelson per 3/4 Civil Rights list, referred to Magistrate Judge Becky R. Thorson. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit(s))cc: MN Professional Educator Licensing and Standards Board (KNK) Document QC'd on 4/9/2019 (JGK). cc: Evans, Jr. Modified text on 4/10/2019 (MMG). M (Entered: 04/08/2019) |

| 04/04/2019 | 2 | Application to Proceed in District Court without Prepaying Fees or Costs filed by Hernandez Cortez Evans, Jr (KNK) Document QC'd on 4/9/2019 (JGK). Modified text on 4/10/2019 (MMG). (Entered: 04/08/2019) |
|---|---|---|
| 04/10/2019 | 4 | REQUEST to remove defendants Davina Rice and Ednetta Bradford filed by Hernandez Cortez Evans, Jr.. (KNK) (Entered: 04/19/2019) |
| 04/15/2019 | 3 | NOTICE of Change of Address by Hernandez Cortez Evans, Jr. (KNK) (Entered: 04/17/2019) |