# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Herandez Cortez Evans, Jr., | Civ. No. 19-951 (SRN/BRT) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| MN Professional Educator Licensing and Standards Board, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated May 17, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. The Court abstains from exercising federal subject-matter jurisdiction in this action.

2. This matter be **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff Herandez Cortez Evans's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2], is **DENIED** as moot.

Dated: June 11, 2019

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge